1

2

3

4

5

6

# UNITED STATES DISTRICT COURT

7

### EASTERN DISTRICT OF CALIFORNIA

8

9

MARK STEVEN ONDRACEK,                      Case No.  1:15-cv-01308-SKO

10
               Plaintiff,          **ORDER GRANTING PLAINTIFF'S**
**APPLICATION TO PROCEED IN**
11
    v.                                 **FORMA PAUPERIS**

12
                      (Doc. 2)
CAROLYN W. COLVIN,
13
Acting Commissioner of Social Security,

14
           Defendant.

15
_____/

16

17
     Plaintiff Mark Steven Ondracek filed a complaint on August 26, 2015, along with an

18
application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's

application demonstrates entitlement to proceed without prepayment of fees.
19

     Accordingly, IT IS HEREBY ORDERED that:
20

21
    1.    Plaintiff's application to proceed *in forma pauperis* is GRANTED;

22
    2.    The Clerk of Court is DIRECTED to issue a summons; and

23
    3.    The United States Marshal is DIRECTED to serve a copy of the complaint,

24
         summons, and this order upon the defendant as directed by the plaintiff.

25
IT IS SO ORDERED.

26
  Dated:  __**August 28, 2015**__        _____**/s/ Sheila K. Oberto**_____
27
                           UNITED STATES MAGISTRATE JUDGE

28