# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK STEVEN ONDRACEK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant.<br>_____/ | Case No.  1:15-cv-01308-SKO<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR AN EXTENSION OF TIME TO SERVE CONFIDENTIAL LETTER BRIEF** |

　　　　On May 27, 2016, Plaintiff Mark Steven Ondracek ("Plaintiff") filed an ex parte "Request for an Extension of Time to Serve Confidential Letter Brief." (Doc. 11.) On June 1, 2016, Defendant Carolyn W. Colvin, Acting Commissioner of Social Security ("Defendant") filed her statement of non-opposition to Plaintiff's request. (Doc. 13.)

　　　　Having considered the request and the Declaration of Melissa Newel submitted in support thereof (Doc. 11), and in view of Defendant's lack of opposition to Plaintiff's request for an extension, the Court finds that good cause has been shown to warrant granting the request. Fed. R. Civ. 16(b)(4).

//

//

//

Accordingly, IT IS HEREBY ORDERED that Plaintiff shall have until June 3, 2016, to serve his confidential letter brief. All other deadlines set forth in the Scheduling Order (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **June 2, 2016**                                    /s/ *Sheila K. Oberto*
                                                                                  UNITED STATES MAGISTRATE JUDGE