BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
HEATHER M. MOSS, DCBN 995773
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Phone: 415-977-8826
    Fax: 415-744-0134
    Email: heather.moss@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Mark Steven Ondracek,<br><br>        Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:15-cv-01308-SKO<br><br>**STIPULATION AND ORDER FOR AN EXTENSION OF TIME** |

    Defendant CAROLYN W. COLVIN, Acting Commissioner of Social Security, through her counsel of record, hereby moves the Court to extend the time by 60 days from September 7, 2016, to November 7, 2016, for Defendant to file her opposition, and to extend the remaining case deadlines accordingly. There is good cause for extending the case deadlines because the undersigned agency counsel is leaving the Social Security Administration. The agency must reassign the case to another agency counsel who will need additional time to become familiar with the facts and issues of the case before briefing. Counsel apologizes to the Court and Plaintiff for any inconvenience that this may cause.

//

Respectfully submitted,

Dated: August 31, 2016

BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By   /s/  Heather M. Moss
HEATHER M. MOSS
Special Assistant U.S. Attorney

Attorneys for Defendant

Date:  August 31, 2016

MELISSA NEWEL
Newel Law

/s/  Melissa Newel*
MELISSA NEWEL
[*By email authorization on August 30, 2016]
Attorney for Plaintiff

**ORDER**

Based on the above stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant is granted an extension of time, up and including November 7, 2016, to file an opposition brief; and

2. Plaintiff may file an optional reply brief on or before November 28, 2016.

IT IS SO ORDERED.

Dated:   **September 1, 2016**                   /s/ *Sheila K. Oberto*
                                                  UNITED STATES MAGISTRATE JUDGE

Stip. & Order for Ext.; 1:15-cv-01308-SKO        2